IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Terance Jackson, | ) | |
| | ) | C.A. No. 9:10-00130-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Michael J. Astrue, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, Terance Jackson ("plaintiff"), brought this action pursuant to 42 U.S.C.

§§ 405(g) and 1383(c)(3) to obtain judicial review of a final decision of the defendant,

Commissioner of Social Security ("Commissioner" or "defendant"), denying his claim for

Disability Insurance Benefits. This matter is before the Court for review of the Report and

Recommendation ("the Report") filed by United States Magistrate Judge Bristow Marchant, to

whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil

Rule 73.02(B)(2), DSC. In the Report, the Magistrate Judge recommends that the decision of the

Commissioner be affirmed. (Doc. # 17). The plaintiff filed objections to the Report. (Doc. # 19), and

the defendant filed a reply. (Doc. #21).  In conducting this review, the Court applies the following

standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may
> file written objections . . . . The Court is not bound by the recommendation of the
> magistrate judge but, instead, retains responsibility for the final determination.  The
> Court is required to make a *de novo* determination of those portions of the report or
> specified findings or recommendation as to which an objection is made. However, the
> Court is not required to review, under a de novo or any other standard, the factual or legal
> conclusions of the magistrate judge as to those portions of the Report and
> Recommendation to which no objections are addressed. While the level of scrutiny

entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

*Wallace v. Housing Auth. of the City of Columbia*, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of the standard set forth in *Wallace*, the Court has reviewed, *de novo*, the Report, objections, and reply. After careful review of these documents, the Court **ACCEPTS** the Report. (Doc. # 17). Therefore, for the reasons articulated by the Magistrate Judge, the Commissioner's decision is **AFFIRMED.**

**IT IS SO ORDERED.**

J. Michelle Childs
United States District Judge

Greenville, South Carolina
March 30, 2011